IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM HACKETT, | ) Criminal Action No. 07- 80- UNA |
| | ) |
| Defendant. | ) |

INDICTMENT REDACTED

The Grand Jury for the District of Delaware charges that:

COUNT ONE

From on or about May 10, 2007, to June 4, 2007, in the State and District of Delaware, WILLIAM HACKETT, defendant herein, a person required to register under Sex Offender Registration and Notification Act, Title 42, United States Code, Section 16901 et seq. ("SORNA"), having traveled in interstate commerce subsequent to his conviction for a sex offense, to wit, a conviction on May 4, 2007, in the state of Maryland for Attempted Sexual Offense in the Third Degree, did knowingly fail to register and update a registration as required by SORNA, in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:


Foreperson


COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney


Dated: June 5, 2007



FILED
JUN 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE