IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 07- 80 - UNA |
| ) | |
| WILLIAM HACKETT  ) | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, William Hackett as a result of the Indictment returned against him on June 5, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: June 5, 2007

**AND NOW**, this ___5___ day of ___June___, 2007, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of William Hackett.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JUN 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE