IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM HACKETT, | ) Criminal Action No. 07- 80 UNA |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant William Hackett has been arrested in the state of Delaware.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: June 6, 2007

**AND NOW,** this ___6___ day of June, 2007, upon the foregoing Motion, it is **ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge



FILED
JUN 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE