# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 07-80 |
| WILLIAM HACKETT, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Edmond Falgowski and enter the appearance of Assistant United States Ilana H. Eisenstein as counsel of record for the government in the above-captioned case. Please be advised that Edmond Falgowski no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney Ilana H. Eisenstein.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:   /s/Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Dated: June 12, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Criminal Action No. 07-80 |
| WILLIAM HACKETT, | ) |
| | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on June 12, 2007, I electronically filed:

### SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Edson A. Bostic
Federal Public Defender
Federal Public Defender District of Delaware
704 King Street, Suite 100
Wilmington, DE 19801

/s/ Jennifer Brown
Jennifer Brown