UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. CR 07-80 (SLR) ) |
| William Hackett | ) ) ) |
| Defendant. | ) |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on _June 14, 2007_ requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _August 10, 2007_ The time between the date of this order and _August 10, 2007_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161, et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney