**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : |
| v. | : Criminal Action No. 07-80-SLR |
| | : |
| WILLIAM HACKETT, | : |
| | : |
| Defendant. | : |

**NOTICE OF ENTRY OF APPEARANCE**

Notice is hereby given to entry of appearance of Lesley F. Wolf, as attorney for the plaintiff, United States of America, in the above-captioned case.

                            Respectfully submitted,

                            COLM F. CONNOLLY
                            United States Attorney

                    BY: /s/ Lesley F. Wolf
                            Lesley F. Wolf
                            Assistant United States Attorney
                            The Nemours Building
                            1007 Orange Street, Suite 700
                            Wilmington, Delaware 19899-2046
                            (302) 573-6277
                            lesley.wolf@usdoj.gov

Dated: September 14, 2007